FILED
6/3/20 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 20-21595-GLT |
| : | Chapter 11 |
| MAJESTIC HILLS, LLC, : | |
| Debtor, : | Adv. Case. No. 20-02090-GLT |
| : | |
| CHRISTOPHER PHILLIPS and : | |
| ELIZABETH PHILLIPS, : | |
| Plaintiffs, : | Related to Dkt. No. 1 |
| v. : | |
| NVR, INC. d/b/a RYAN HOMES, : | Status Conf.: July 17, 2020 at 1:30 p.m. |
| Defendant, : | |
| vs. : | |
| MAJESTIC HILLS, LLC et al., : | |
| Additional Defendants, : | |

## ORDER SETTING STATUS CONFERENCE

This matter is before the Court upon the *Notice of Removal of the **Christopher Phillips and Elizabeth Phillips. v. NVR. Inc. d/b/a Ryan Homes and Majestic Hills, LLC et al.** pending before the United States District Court for the Western District of Pennsylvania under Civil Action No. 2019-0379* ("the *Removal*") [Dkt. No. 1].

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) A telephonic status conference shall be held on **July 17, 2020** at **1:30 p.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. The Court has undertaken proactive measures as set forth in its Standing Order Re: Telephonic

Appearance at Hearings Mandatory, found at Misc. Proc. #20-204. Consistent with these proactive measures, the hearing will be a telephonic hearing. All counsel and parties-in-interest who intend to participate in the hearing must register with CourtCall at (866) 582-6878 (and arrange for payment of the regular charge) no later than twenty-four (24) hours prior to the scheduled hearing. During this temporary period, parties need not seek leave of the Court to participate telephonically, but instead, can contact CourtCall directly. All telephonic participants shall comply with Judge Taddonio's telephonic procedures (as recently modified) located on the Courts webpage at: www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-tele.pdf.

2) All parties, including moving Counsel that filed the *Removal*, shall file a statement of consent or non-consent to the entry of final orders by the bankruptcy court in accordance with Fed.R.Bankr.P. 9027(e)(3), **on or before June 15, 2020**.

3) Counsel for the Debtor shall serve a copy of this Order on the debtor, defendants, their counsel, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall file a certificate of service within five (5) business days.

Dated: June 3, 2020

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Donald Calaiaro, Esq.