# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **ELECTRONICALLY FILED** |
| | ) |
| MAJESTIC HILLS, LLC, | ) Case No. 20-21595-GLT |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Adv. Case No. 20-02090-GLT |
| -------------------------------------------------------- | ) |
| | ) |
| CHRISTOPHER PHILLIPS and ELIZABETH PHILLIPS, husband and wife, | ) ) |
| | ) **RULE 9027(e)(3) STATEMENT** |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| NVR, INC., d/b/a RYAN HOMES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| MAJESTIC HILLS, LLC, et al., | ) |
| | ) |
| Defendants | ) |

## RULE 9027(e)(3) STATEMENT

Douglas E. Grimes and Suzanne M. Grimes, husband and wife, hereby file this statement required by Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure as follows:

1.  Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure, following the removal of a lawsuit premised upon alleged bankruptcy jurisdiction, "any party who has filed a pleading in connection with the removed claim or cause of action, other than the party filing the notice of removal, shall file a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court."

2. The above-captioned proceeding was removed on June 2, 2020 pursuant to 28 U.S.C. § 1452(a) based upon alleged bankruptcy jurisdiction under 28 U.S.C. § 1334.

3. At this time, Douglas E. Grimes and Suzanne M. Grimes, husband and wife, do not consent to the entry of final orders or judgments by the bankruptcy court. They reserve the right to subsequently amend this Rule 9027(e)(3) Statement and consent to such final orders and judgment by the bankruptcy court.

4. Douglas E. Grimes and Suzanne M. Grimes, husband and wife, do not waive any rights by filing this Rule 9027(e)(3) statement, including but not limited to the right to seek abstention, remand, withdrawal of the reference, or any other claim, right or action.

          Respectfully submitted,

          MEYER, UNKOVIC & SCOTT LLP

Dated: June 10, 2020          By: */s/ Brandon B. Rothey*
          Brandon B. Rothey, Esquire
          Pa. I.D. #307823
          bbr@muslaw.com
          535 Smithfield Street, Suite 1300
          Pittsburgh, Pennsylvania 15222-2315
          TEL: (412) 456-2800
          FAX: (412) 456-2864

          ATTORNEYS FOR DOUGLAS E. GRIMES AND SUZANNE M. GRIMES

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **ELECTRONICALLY FILED** |
| | ) |
| MAJESTIC HILLS, LLC, | ) Case No. 20-21595-GLT |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Adv. Case No. 20-02090-GLT |
| ------------------------------------------------------- | ) |
| | ) |
| CHRISTOPHER PHILLIPS and ELIZABETH PHILLIPS, husband and wife, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| NVR, INC., d/b/a RYAN HOMES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| MAJESTIC HILLS, LLC, et al., | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of June 2020, I electronically filed and served the foregoing RULE 9027(e)(3) STATEMENT using the CM/ECF system, which shall provide notice to all parties and counsel of record electronically.

Dated:    June 10, 2020            By:    */s/ Brandon B. Rothey*
                                                  Brandon B. Rothey, Esquire
                                                  Pa. ID # 307823
                                                  535 Smithfield Street, Suite 1300
                                                  Pittsburgh, Pennsylvania 15222-2315
                                                  TEL:  (412) 456-2544
                                                  FAX:  (412) 456-2864
                                                  E-Mail:  *bbr@muslaw.com*
                                                  ATTORNEYS FOR DOUGLAS E. GRIMES
                                                  AND SUZANNE M. GRIMES