FILED
7/22/20 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 20-21595-GLT |
| | Chapter 11 |
| **MAJESTIC HILLS, LLC**, | |
| *Debtor.* | |
| | |
| **DOUGLAS E. GRIMES AND SUZANNE M. GRIMES**, | Adv. Pro. No. 20-2088-GLT |
| *Plaintiffs*, | |
| v. | |
| **MAJESTIC HILLS, LLC**, | |
| *Defendant.* | |
| | |
| **CHRISTOPHER PHILLIPS AND ELIZABETH PHILLIPS**, | Adv. Pro. No. 20-2089-GLT |
| *Plaintiffs*, | |
| v. | |
| **MAJESTIC HILLS, LLC**, | |
| *Defendant.* | |
| | |
| **CHRISTOPHER PHILLIPS AND ELIZABETH PHILLIPS**, | Adv. Pro. No. 20-2090-GLT |
| *Plaintiffs*, | |
| v. | |
| **NVR, INC. D/B/A RYAN HOMES, et.al,** | |
| *Defendants.* | |

| | |
|---|---|
| **JEANNE HECHT,** | Adv. Pro. No. 20-2091-GLT |
| *Plaintiff*, | |
| v. | |
| **MAJESTIC HILLS, LLC, et. al.**, | |
| *Defendants*. | |
| **JEFFREY SWAREK AND CHRISTINE SWAREK**, | Adv. Pro. No. 20-2092-GLT |
| *Plaintiffs*, | |
| v. | |
| **MAJESTIC HILLS, LLC**, | |
| *Defendant*. | |
| **BRIAN SANDERS, JESSICA SANDERS, RAJIV BHATT, AND NAMRATA BHATT**, | Adv. Pro. No. 20-2093-GLT |
| *Plaintiffs*, | |
| v. | |
| **NVR, INC. D/B/A RYAN HOMES, et.al**, | |
| *Defendants*. | |
| **NORTH STRABANE TOWNSHIP,** | Adv. Pro. No. 20-2094-GLT |
| *Plaintiff*, | |
| v. | |
| **MAJESTIC HILLS, LLC, et al.**, | |
| *Defendants*. | |

## **ORDER**

These matters came before the Court on July 17, 2020 for an initial status conference following their removal by the chapter 11 debtor Majestic Hills, LLC. Counsel for all parties, as well as the proposed counsel for the committee of unsecured creditors, appeared. During the status conference, nearly all parties expressed a desire to pursue judicial mediation of these related matters as soon as is practicable. **AND NOW**, to facilitate the orderly disposition of these matters, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The telephonic status conference with respect to each of these matters is continued to **September 30, 2020 at 2:00 p.m.** The status conference will be conducted via CourtCall in compliance with Judge Taddonio's procedures.

2. On or before **September 16, 2020**, the parties in each adversary proceeding shall file a joint summary report that:

    a. Indicates the status of the pleadings and discovery;

    b. Identifies any issues effecting the litigation and whether they require resolution before or after any proposed mediation.

3. Within fourteen (14) days of the entry of this order, the parties are directed to meet and confer (either in person, by telephone, or by way of e-mail) to discuss the terms and conditions of joint a plan for discovery and mediation. To minimize unnecessary litigation expense and delay, it is contemplated that pre-mediation discovery would include only what is reasonably necessary for each party to fully and meaningfully participate in a global mediation session. To the extent mediation is unsuccessful, the parties will be afforded an opportunity to continue discovery in preparation for trial.

4. The parties shall file their Joint Plan on or before **September 16, 2020**.

ENTERED at Pittsburgh, Pennsylvania.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Dated: July 22, 2020

<u>Case administrator to mail to</u>:
David Valencik, Esq.
Kathleen A. Gallagher, Esq.
Russell Giancola, Esq.
Melvin Vatz, Esq.
Henri Marcel, Esq.
Robert Arcovio, Esq.
Dennis Geis, Esq.
Catherine Loeffler, Esq.
Brandon Rothey, Esq.
Mark Reilly, Esq.
Christian D. Marquis, Esq.
Ryan Cooney, Esq.
Thomas Steele, Esq.
John Cromer, Esq.
John Heurich, Esq.
John Stiener, Esq.